# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10--31011-lmc |
| ALMA BLANCO, | § | |
| | § | CHAPTER 13 |
| DEBTOR. | § | |

## UNITED STATES OF AMERICA'S OBJECTION TO CONFIRMATION

The United States of America, on behalf of the Internal Revenue Service ("IRS"), objects to the confirmation of Debtors' plan for the following reasons:

1. The Debtors' plan does not provide for the payment under the plan of the Internal Revenue Service's secured and priority claims. As indicated on the Proof of Claim of the IRS, it has a secured and priority claim and under the code they must be paid under the plan

2. Additionally, the debtor's plan provides to pay the IRS debt outside of the plan. The United States objects to such treatment and asserts that the secured and priority claims of the IRS must be paid under the plan.

Wherefore the United States prays that the Debtors' plan not be confirmed.

        Respectfully submitted,

        JOHN MURPHY
        UNITED STATES ATTORNEY

By:

    /s/ Steven B. Bass
    STEVEN B. BASS
    Assistant United States Attorney
    816 Congress Avenue, Suite 1000
    Austin, Texas 78701
    (512) 916-5858/Fax (512) 916-5854
    Florida State Bar No. 767300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "United States of America's Objection to Confirmation" has been filed and mailed electronically or mailed via First Class Mail on this the 22nd day of July 2010, to the following:

Alma Blanco
801 Arredondo St
El Paso, TX 79912

Carl Johnson
4530-B Montana
El Paso, TX 79903-4669

Stuart C. Cox
1760 N. Lee Trevino Dr.
El Paso, TX 79936

                                              /s/ Steve B. Bass
                                              STEVEN B. BASS
                                              Assistant United States Attorney